UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| STEVEN VERNON BIXBY, | ) | C/A No.: 4:17-cv-954-BHH-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Order** |
| | ) | |
| WARDEN MCFADDEN, | ) | |
| | ) | |
| Respondent. | ) | |

In Petitioner's second motion for additional time to file a petition for writ of habeas corpus, Petitioner requests that it not be required to ". . . file a complete habeas petition until on or before the expiration of the statute of limitations under the AEDPA. Petitioner requests that this Court grant Petitioner until March 23, 2018, one year from the remittitur issued by the State Supreme Court denying relief, to file a full and complete habeas petition." (Doc. #55, p. 5-6).

Within five days of the date of this order, Respondents are instructed to inform the court if they disagree with the assertion by Petitioner that the one year statute of limitations under the AEDPA does not expire until after March 23, 2018.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

December 14, 2017
Florence, South Carolina