UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Steven Vernon Bixby, | ) | C/A No.: 4:17-cv-00954-BHH-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Scheduling Order** |
| | ) | |
| Bryan P. Stirling, *Commissioner, South Carolina Department of Corrections*, and Willie D. Davis, *Warden, Kirkland Correctional Inst.*, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner has brought this counseled capital habeas corpus matter under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), preliminary proceedings in this matter have been referred to the undersigned United States Magistrate Judge. On March 27, 2018, Petitioner filed his Petition for Writ of Habeas Corpus. (ECF No. 72.) On April 4, 2018, Petitioner filed a brief in support of his petition, and requested an additional ten days to further brief one issue. (ECF No. 72-1.) The court granted Petitioner's request (ECF No. 76) and gave Petitioner until April 16, 2018, to supplement his brief.

Pursuant to Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the following scheduling order is established for this case:

1. Respondents shall answer or otherwise respond to the Petition by 60 days from April 16, 2018.

2. Petitioner shall respond to Respondents' answer thirty-five days after such answer is filed.

3. Respondents shall have fourteen days after Petitioner's response is filed to reply.

IT IS SO ORDERED.

                                                       s/Thomas E. Rogers, III
                                                       Thomas E. Rogers, III
April 11, 2018                                  United States Magistrate Judge
Florence, South Carolina